

JUDGE FURMAN

**21 MISC 6 4 0**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF ALBERTO SAFRA FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | Case No. 21-MC _____ |

**APPLICATION AND PETITION FOR AN ORDER TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782**

Petitioner Alberto Safra, pursuant to 28 U.S.C. § 1782 and Federal Rules of Civil Procedure 26, 30, 34, and 45, respectfully applies to this Court for an order in the form attached as Exhibit 1 to the Declaration of Lucas Bento dated August 5, 2021 (the "Bento Declaration") authorizing Petitioner to conduct discovery for use in foreign proceedings in the form of the subpoenas attached as Exhibit 2 to the Bento Declaration. In support of his application and petition, Petitioner submits a Memorandum of Law and attaches the Declaration of Alberto Safra dated July 26, 2021, Declaration of David Wallace Wilson dated July 26, 2021, and the Bento Declaration.

Dated: August 5, 2021

Respectfully submitted,

*/s/ Michael Carlinsky*

Michael Carlinsky
John H. Chun
Lucas V.M. Bento
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, Floor 22
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
michaelcarlinsky@quinnemanuel.com
johnchun@quinnemanuel.com
lucasbento@quinnemanuel.com

*Attorneys for Petitioner Alberto Safra*