# EXHIBIT 1

# CHAT – MAMI E FILHOS (EXHIBIT 1)



[09/04/19 14:49:34]

[09/04/19 14:49:50]
[09/04/19 14:50:13]

[09/04/19 14:50:19]
[09/04/19 14:50:35]

…

[12/04/19 10:17:47]

[12/04/19 10:18:00]
[12/04/19 10:18:08]
[12/04/19 10:18:31]

[12/04/19 10:18:39]

…

[13/04/19 10:29:13]

[13/04/19 10:29:41]

[13/04/19 10:30:08]
[13/04/19 10:30:52]

…

[02/05/19 12:27:03]

…

[07/05/19 09:03:30]

…

[26/07/19 07:44:51]

…


[01/08/19 11:01:16] █
[01/08/19 11:01:32] █

….

[09/08/19 08:17:17] █
[09/08/19 08:17:36] █

…

[09/08/19 11:34:37] █

…

[15/08/19 07:35:44] █
[15/08/19 07:36:01] █

…

[16/08/19 14:22:13] █
[16/08/19 14:22:28] █
[16/08/19 14:22:48] █
[16/08/19 14:22:58] █
[16/08/19 14:23:08] █

…

[26/08/19 10:41:23] █
[26/08/19 12:03:09] █
[26/08/19 12:03:25] █
[26/08/19 12:05:20] █
[26/08/19 12:21:10] █

…

[27/08/19 08:15:36] █

…



[02/09/19 20:42:43] ███
[02/09/19 20:42:51] ███
[02/09/19 20:43:07] ███

…

[15/09/19 20:31:20] ███
[15/09/19 20:31:29] ███
[15/09/19 20:31:49] ███

….

[16/09/19 12:40:14] ███
[16/09/19 13:09:00] ███
[16/09/19 13:49:46] ███
[16/09/19 13:49:51] ███
[16/09/19 13:50:32] ███
[16/09/19 13:50:48] ███
[16/09/19 13:50:50] ███
[16/09/19 13:51:04] ███
[16/09/19 13:51:23] ███
[16/09/19 13:52:18] ███
[16/09/19 13:53:11] ███
[16/09/19 13:53:50] ███

…

[16/09/19 14:25:32] ███
[16/09/19 14:25:32] ███
[16/09/19 14:25:32] ███
[16/09/19 14:41:18] ███
[16/09/19 14:45:20] ███
[16/09/19 14:45:47] ███
[16/09/19 14:45:56] ███
[16/09/19 14:46:06] ███