# EXHIBIT 2

# CHAT – MAMI E FILHOS (EXHIBIT 2)





