# EXHIBIT 3

CHAT – TRATAMENTO JOSEPH (EXHIBIT 3)



[01/08/19 11:27:16]

[01/08/19 11:31:02]

…

[07/08/19 16:03:45]

…

[07/08/19 16:43:54]
[07/08/19 17:06:11]

[07/08/19 17:06:11]

[07/08/19 17:06:12]

[07/08/19 17:06:12]
[07/08/19 17:06:13]

[07/08/19 17:06:13]
[07/08/19 17:06:13]

[07/08/19 17:06:14]

[07/08/19 17:06:14]
[07/08/19 17:06:21]
[07/08/19 17:23:02]
[07/08/19 17:23:02]
[07/08/19 17:33:54]

[07/08/19 17:42:55]



[07/08/19 18:36:56]

[07/08/19 19:00:15]
[07/08/19 20:26:28]
[07/08/19 20:31:12]
[08/08/19 08:41:05]

…

[08/08/19 11:47:41]
[08/08/19 11:47:55]
[08/08/19 11:48:21]

…

[08/08/19 12:13:21]
[08/08/19 12:13:36]
[08/08/19 12:13:43]

…

[09/08/19 17:37:23]

[09/08/19 17:37:24]

[09/08/19 17:37:26]

…



[10/08/19 11:03:45]

[10/08/19 11:39:39]
[10/08/19 11:40:01]
…

[11/08/19 12:45:18]

…

[12/08/19 19:58:33]

[12/08/19 19:59:03]

…

12/08/19 17:23:06]

…

[15/08/19 21:58:56]

…

[16/08/19 14:18:15]
[16/08/19 14:26:13]

…

[17/08/19 11:05:24]
[17/08/19 11:06:34]

…

[20/08/19 09:34:09]

