# EXHIBIT 4

CHAT – JOSEPH'S TREATMENT (EXHIBIT 4)

[01/08/19 11:27:16] █████████████████████

[01/08/19 11:31:02] █████████████████████

…

[07/08/19 16:03:45] █████████████████████

…

[07/08/19 16:43:54]
[07/08/19 17:06:11] █████████████████████

[07/08/19 17:06:11] █████████████████████

[07/08/19 17:06:12] █████████████████████

[07/08/19 17:06:12]
[07/08/19 17:06:13] █████████████████████

[07/08/19 17:06:13]
[07/08/19 17:06:13] █████████████████████

[07/08/19 17:06:14] █████████████████████

[07/08/19 17:06:14]
[07/08/19 17:06:21] █████████████████████

[07/08/19 17:23:02]
[07/08/19 17:23:02] █████████████████████

1

2

[07/08/19 17:33:54] ▮

[07/08/19 17:42:55] ▮
[07/08/19 18:36:56] ▮

[07/08/19 19:00:15] ▮
[07/08/19 20:26:28] ▮
[07/08/19 20:31:12] ▮
[08/08/19 08:41:05] ▮

…

[08/08/19 11:47:41] ▮
[08/08/19 11:47:55] ▮
[08/08/19 11:48:21] ▮

…

[08/08/19 12:13:21] ▮
[08/08/19 12:13:36] ▮
[08/08/19 12:13:43] ▮

…

[09/08/19 17:37:23] ▮

[09/08/19 17:37:24] ▮

[09/08/19 17:37:26] ▮

…

3

[10/08/19 11:03:45] ▮▮▮

[10/08/19 11:39:39] ▮▮▮
[10/08/19 11:40:01] ▮▮▮

[11/08/19 12:45:18] ▮▮▮

…

*[12/08/19 19:58:33]* ▮▮▮

[12/08/19 19:59:03] ▮▮▮

…
[12/08/19 17:23:06] ▮▮▮

…

[13/08/19 13:04:19] ▮▮▮

…

[15/08/19 21:58:56] ▮▮▮

….

[16/08/19 14:18:15] ▮▮▮

[16/08/19 14:26:13] ▮▮▮

…

[17/08/19 11:05:24] ▮▮▮

[17/08/19 11:06:34] ▮▮▮

…

[18/08/19 08:29:19] █████████████████████████

…

[20/08/19 09:34:09] █████████████████████████
█
[20/08/19 09:44:10] █████████████████████████
████████

…

[20/08/19 09:45:12] ████████████████

[20/08/19 09:46:16] █████████████████████████
█
…
█
████████████████████████████
███████████████
██████████████████████
█████████████████████████
████████████████████

…

[16/09/19 14:59:00] █████████████████████████
█████████████████████████
█████████████████████████
█████████████████████████
█████████████████████████
█████████████████████████

[16/09/19 15:24:05] █████████████████████████
████████████████████

[16/09/19 15:41:56] ████████████████████

…

4