# EXHIBIT 5

## CHAT – <u>ALBERTO E JAIRO HIDAL</u> (EXHIBIT 5)

