# EXHIBIT 6

**CHAT – ALBERTO E JAIRO HIDAL (EXHIBIT 6)**

Dr. Jairo Tabacow Hidal:

