# EXHIBIT 7

*Dr. jairo tabacow hidal*

[redacted]
