# EXHIBIT 8

**Dr. jairo tabacow hidal**



