# EXHIBIT 1



Exhibit 1



# David Wallace Wilson,
## M.C.J.
Partner, Trust and Estate Practitioner (TEP)

**Schellenberg Wittmer Ltd**
Attorneys at Law
15bis, rue des Alpes / P.O. Box 2088
1211 Geneva 1 / Switzerland
T +41 22 707 8000
T +41 22 707 8000
F +41 22 707 8001
david.wilson@swlegal.ch

**Recognitions**
- Legal 500: Private Clients, Leading Firms – French-Speaking 2015-2021
- Chambers & Partners High Net Worth 2014-2020
- Who's Who Legal: Private Clients, Global Elite Thought Leader 2018-2020
- WealthBriefing Swiss Awards: Swiss Leading Individual Award 2015
- Private Client Global Elite List 2012/2017-2021
- Who's Who Switzerland 2015-2021
- CityWealth Leaders List 2017-2020
- Expert Guides: Best of the Best 2018-2020

**Languages**
French, English, German

**Selected Publications**
- From Pole to Pole
- Trust in Suisse
- Swiss nerves of steel : Beneficiaries' standing to sue
- ADR and Trusts An international guide to arbitration and mediation of trust disputes - Switzerland chapter
- Le Trust comme Instrument de Planification dans le cadre des Relations Familiales

David Wallace Wilson is a Partner with Schellenberg Wittmer's Private Wealth practice. He advises individuals and families on wealth structuring and estate planning for their personal and business assets.

### Expertise
- Private Wealth
- Taxation
- White-Collar Crime and Compliance
- Art and Entertainment

### Experience
- Advising individuals and families on wealth structuring, life-time and estate planning
- Specialist in complex family, guardianship and inheritance disputes
- Acting as executor in international successions
- Advising trustees and intermediaries on regulatory issues (AML, CRS etc.)
- Assisting clients with their fine-art and philanthropic ventures

### Career
| | |
|---|---|
| 2009 | Partner at Schellenberg Wittmer |
| 2003 | Associate at Schellenberg Wittmer |

### Education
| | |
|---|---|
| 2013 | STEP Advanced Certificate in Mediation |
| 2003 | Bar Admission in Switzerland |
| 2003 | STEP Qualified Practitioner |
| 2001 | Master of Law in Comparative Jurisprudence (M.C.J.), New York University |
| 1998 | Master of Law, University of Geneva |

### Additional Professional Activities
- Chairman of STEP Geneva (2014-2020, officer 2004-2013)
- Expert on Swiss trust law, Swiss Federal Office of Justice (2018-present)
- Founder of www.trusts.ch, the leading website on trusts in Switzerland
- Extensive speaking engagements and topical publications