# EXHIBIT 2



Municipality of

**CRANS-MONTANA**

Municipal Judge

Exhibit 2

Translation from French into English

5th April 2021

# Report on the opening of
# the testamentary dispositions of
# the late Joseph Yacoub SAFRA

### I.   DECEASED

**SAFRA Joseph Yacoub**

Born on 1 September 1938 in Beirut (Lebanon), son of Esther SAFRA and Yacoub SAFRA, of Brazilian nationality, married, died in São Paulo (Brazil) on 10 December 2020, last domicile in Crans-Montana, VS

### II.   LEGAL HEIRS

On the basis of the information obtained from the civil registers and the documents in the possession of the undersigned judge, the legal heirs of the deceased are as follows:

1.  His wife, Ms **Vicky Albert SAFRA**, born SARFATY on 1 July 1952 in Athens (Greece), daughter of Fortune SARFATY and Albert SARFATY, of Brazilian, Greek and Spanish nationality, widow, domiciled at Résidence des Alpes, flat 2, route des Zirès 16, 3963 Grans-Montana, VS, represented by Mr Jean-Blaise ECKERT, Lenz & Staehelin, route de Chêne 30, 1211 Geneva 6;

2.  His son, Mr **Jacob** Joseph SAFRA, born on 11 June 1975 in São Paulo (Brazil), son of Vicky Albert SAFRA née SARFATY and Joseph Yacoub SAFRA, of Brazilian, Greek and Spanish nationality, domiciled at quai des Moulins 5, 1204 Geneva GE;

3.  Her daughter, Ms **Esther** SAFRA DAYAN, born on 26 March 1977 in São Paulo (Brazil), daughter of Vicky Albert SAFRA, born SARFATY and Joseph Yacoub SAFRA, of Brazilian, Greek and Spanish nationalities, domiciled at Rua Eng° Edgard Egidio de Sousa 221, 13° Andar, CEP 01233-020, São Paulo, SP Brazil;

4.  His son, Mr **Alberto** Joseph SAFRA, born on 20 December 1979 in São Paulo (Brazil), son of Vicky Albert SAFRA born SARFATY and Joseph Yacoub SAFRA, of Brazilian, Greek and Spanish nationalities, domiciled at Rua Bahia 272, 9° Andar, Apto. 91, CEP 01244-000, Higienôpolis, São Paul, SP Brazil;

5. His son, Mr **David Joseph SAFRA**, born on 18 September 1984 in São Paulo (Brazil), son of Vicky Albert SAFRA born SARFATY and Joseph Yacoub SAFRA, of Brazilian, Greek and Spanish nationality, domiciled at Rua Avaré 120, Consolação, CEP 01243-030 São Paulo, SP Brazil.

## III.    TESTAMENTARY DISPOSITION

a. Public will, 29 October 2010
b. Public Will, 19 June 2012
c. Public Will, 13 June 2018
d. Public Will, 30 November 2018
e. Public Will, 18 November 2019
f. Public Will, 29 November 2019
g. Public will, 5 December 2019

Under the terms of these provisions, the estate is governed by Brazilian law and allocated to the legal heirs in accordance with the various rules of division established by the deceased.

Ms Vicky SAFRA is in addition appointed as executor of the will.

\*       \*       \*

*Pursuant to Articles 556 to 559 CC*,

1. The heirs designated under numbers *supra* II and III above, receive a copy of the testamentary disposition of the deceased mentioned under number *supra* III above. Certified copies can be obtained on request (CHF 40.00/copy). The certification of these documents does not presume their formal or material validity.

2. **It is recalled that any person who has been entrusted with a document containing testamentary disposition or who has discovered it is obliged to hand it over to the competent authority without delay, regardless of its form or validity (Art. 556 CC). Violation of this obligation may constitute theft of removable property (Art. 141 of the Swiss Criminal Code) and/or suppression of documents (Art. 254 of the Swiss Criminal Code), which can lead to criminal sanctions and possible claims for damages. It also constitutes a case of unworthiness to inherit (Art. 540 para. 1 no. 4 CC).**

3. The statutory limitation periods of prescription run, at the latest, upon receipt of this letter with regard to the claim of invalidity under Art. 519 ff. CC (Art. 521 CC), the claim in abatement under Art. 522 ff. CC (art. 533 CC), the claim for recovery of inheritance under Art. 598 ff. CC (art. 600 CC) and the claim of a legatee under Art. 562 CC (art. 601 CC), as well as for the opposition to the issuance of the certificate of inheritance (art. 559 para. 1 CC).

It is also recalled that the time limit for a waiver of inheritance is three months (Art. 567 CC). Moreover, any heir entitled to waive his or her inheritance has the right to request the official inventory within one month (Art. 580 CC). These time limits run, for the legal heirs, from the day

they learn of the death, and for the statutory heirs, from the day they learn of the disposition made in their favour.

4.   The heirs are reminded that the duty to administer the estate and the right to make the necessary arrangements for its settlement fall to the executor. Her right to administer and her power of disposal are exclusive: they are withdrawn from the heirs as long as the executor is in office.

5.   The executor may request the issuance of a certificate of inheritance at the end of the month following the service of the testamentary disposition to the heirs, provided that no objection has been made (Art. 559 paragraph 1 CC).

6.   **This report has no evidentiary value as to who is entitled to the estate and does not in any way constitute a transfer of possession to the heirs. The certificate of inheritance is relevant only.**

7.   In accordance with Art. 558 para. 1 CC, the costs incurred in opening the testamentary disposition are charged to the estate of the late Joseph Yacoub SAFRA, by his executor, Ms Vicky SAFRA.

8.   This report is notified by registered mail of this day to:

-   Ms Vicky SAFRA, by Mr Jean-Blaise ECKERT, Lenz & Staehelin, route de Chêne 30, 1211 Geneva 6;
-   Mr Jacob SAFRA, quai des Moulins 5, 1204 Geneva;
-   Ms Esther SAFRA DAYAN, Rua Eng° Edgard Egidio de Sousa 221, 13° Andar, CEP 01233-020, São Paulo, SP Brazil;
-   Mr Alberto SAFRA, Rua Bahia 272, 9° Andar, Apto. 91, CEP 01244-000, Higienôpolis, São Paul, SP Brazil;
-   M. David SAFRA, Rua Avaré 120, Consolação, CEP 01243-030 São Paulo, SP Brazil.

Crans-Montana, 5th May 2021

Johan BELTRAMINI
*Judge of the Municipality of Crans-Montana*

 Commune de
**CRANS-MONTANA**
Juge de Commune

Original in French

5 avril 2021

# Procès-verbal d'ouverture
# des dispositions pour cause de mort de

# Feu Joseph Yacoub SAFRA

### I.    DE CUJUS

**SAFRA Joseph Yacoub**
Né le 1er septembre 1938 à Beyrouth (Liban), fils d'Esther SAFRA et Yacoub SAFRA, de nationalité brésilienne, marié, décédé à São Paulo (Brésil) le 10 décembre 2020, de dernier domicile sur la commune de Crans-Montana VS

### II.    HERITIERS LEGAUX

Sur la base des informations obtenues auprès des registres de l'état civil et des documents en possession du juge soussigné, les héritiers légaux du *de cujus* sont les suivants :

1.  Son épouse, Madame **Vicky Albert SAFRA**, née SARFATY le 1er juillet 1952 à Athènes (Grèce), fille de Fortune SARFATY et Albert SARFATY, de nationalités brésilienne, grecque et espagnole, veuve, domiciliée Résidence des Alpes, appartement 2, route des Zirès 16, 3963 Crans-Montana VS, représentée par Me Jean-Blaise ECKERT, Etude Lenz & Staehelin, route de Chêne 30, 1211 Genève 6 ;

2.  Son fils, Monsieur **Jacob** Joseph SAFRA, né le 11 juin 1975 à São Paulo (Brésil), fils de Vicky Albert SAFRA née SARFATY et Joseph Yacoub SAFRA, de nationalités brésilienne, grecque et espagnole, domicilié quai des Moulins 5, 1204 Genève GE ;

3.  Sa fille, Madame **Esther** SAFRA DAYAN, née le 26 mars 1977 à São Paulo (Brésil), fille de Vicky Albert SAFRA née SARFATY et Joseph Yacoub SAFRA, de nationalités brésilienne, grecque et espagnole, domiciliée Rua Eng° Edgard Egidio de Sousa 221, 13° Andar, CEP 01233-020, São Paulo, SP Brésil ;

4.  Son fils, Monsieur **Alberto** Joseph SAFRA, né le 20 décembre 1979 à São Paulo (Brésil), fils de Vicky Albert SAFRA née SARFATY et Joseph Yacoub SAFRA, de nationalités brésilienne, grecque et espagnole, domicilié Rua Bahia 272, 9° Andar, Apto. 91, CEP 01244-000, Higienópolis, São Paul, SP Brésil ;



Commune de
**CRANS-MONTANA**

Juge de Commune

5.  Son fils, Monsieur **David** Joseph **SAFRA**, né le 18 septembre 1984 à São Paulo (Brésil), fils de Vicky Albert SAFRA née SARFATY et Joseph Yacoub SAFRA, de nationalités brésilienne, grecque et espagnole, domicilié Rua Avaré 120, Consolação, CEP 01243-030 São Paulo, SP Brésil.

### III.   DISPOSITIONS POUR CAUSE DE MORT

a.  Testament public, 29 octobre 2010
b.  Testament public, 19 juin 2012
c.  Testament public, 13 juin 2018
d.  Testament public, 30 novembre 2018
e.  Testament public, 18 novembre 2019
f.  Testament public, 29 novembre 2019
g.  Testament public, 5 décembre 2019

Aux terme de ces dispositions, la succession est régie par le droit brésilien et attribuée aux héritiers légaux selon les diverses règles de partage établies par le *de cujus*.

Mme Vicky SAFRA est en outre désignée en qualité d'exécutrice testamentaire.

\*   \*   \*

*En application des articles 556 à 559 CC,*

1.  Les héritiers désignés sous chiffres *supra* II et III, reçoivent une copie des dispositions pour cause de mort du *de cujus* mentionnées au chiffre *supra* III. Sur demande, des copies certifiées conformes peuvent être obtenues (CHF 40.-/copie). La certification de ces documents ne présume ni de leur validité formelle, ni de leur validité matérielle.

2.  **Il est rappelé que toute personne s'étant vue confier un document contenant des dispositions pour cause de mort ou l'ayant découvert est tenue de le remettre sans délai à l'autorité compétente, sans égard à sa forme ou sa validité (art. 556 CC). La violation de cette obligation peut être constitutive d'une soustraction de chose mobilière (art. 141 CP) et/ou d'une suppression de titre (art. 254 CP), pouvant ainsi donner lieu à des sanctions pénales et à d'éventuelles prétentions en dommage-intérêts. Elle constitue en outre un cas d'indignité (art. 540 al. 1 ch. 4 CC).**

3.  Les délais légaux de prescription courent, au plus tard, dès réception de la présente en ce qui concerne l'action en nullité des art. 519 ss. CC (art. 521 CC), l'action en réduction des art. 522 ss. CC (art. 533 CC), l'action en pétition d'hérédité des art. 598 ss. CC (art. 600 CC) et l'action des légataires de l'art. 562 CC (art. 601 CC), de même que pour l'opposition à la délivrance du certificat d'héritiers (art. 559 al. 1 CC).



Commune de
**CRANS-MONTANA**

Juge de Commune

Il est en outre rappelé que le délai pour répudier est de trois mois (art. 567 CC). De plus, l'héritier qui a la faculté de répudier peut réclamer le bénéfice d'inventaire dans le délai d'un mois (art. 580 CC). Ces délais courent, pour les héritiers légaux, dès le jour où ils ont connaissance du décès, et pour les héritiers institués, dès le jour où ils ont eu connaissance de la disposition faite en leur faveur.

4. Il est rappelé aux héritiers que le devoir d'administrer la succession et le droit de prendre les dispositions nécessaires à son règlement reviennent à l'exécuteur testamentaire. Son droit d'administrer et son pouvoir de disposer sont exclusifs : ils sont retirés aux héritiers aussi longtemps que l'exécuteur testamentaire est en fonction.

5. L'exécutrice testamentaire peut requérir la délivrance d'un certificat d'héritiers à l'expiration du mois qui suit la communication des dispositions pour cause de mort aux héritiers, pour autant qu'aucune opposition n'ait été formulée (art. 559 al. 1 CC).

6. **Le présent procès-verbal n'a aucune valeur de preuve quant à la qualité d'ayant-droit de la succession et ne vaut en aucun cas envoi en possession des héritiers. Seul le certificat d'héritiers fait foi.**

7. Conformément à l'art. 558 al. 1 CC, les frais d'ouverture sont mis à la charge de la succession de feu Joseph Yacoub SAFRA, par son exécutrice testamentaire, Mme Vicky SAFRA.

8. Le présent procès-verbal est notifié par courrier recommandé du 4 mai 2021 à tous les héritiers mentionnés sous chiffres *supra* II et III, soit :
   - Mme Vicky SAFRA, par Me Jean-Blaise ECKERT, Etude Lenz & Staehelin, route de Chêne 30, 1211 Genève 6 ;
   - M. Jacob SAFRA, quai des Moulins 5, 1204 Genève ;
   - Mme Esther SAFRA DAYAN, Rua Eng° Edgard Egidio de Sousa 221, 13° Andar, CEP 01233-020, São Paulo, SP Brésil ;
   - M. Alberto SAFRA, Rua Bahia 272, 9° Andar, Apto. 91, CEP 01244-000, Higienópolis, São Paul, SP Brésil ;
   - M. David SAFRA, Rua Avaré 120, Consolação, CEP 01243-030 São Paulo, SP Brésil.

Crans-Montana, le 5 mai 2021

Johan BELTRAMINI
*Juge de la Commune de Crans-Montana*