# EXHIBIT 3



Municipality of
**CRANS-MONTANA**
Municipal Judge

Exhibit 3

Translation from French into English

Estate of the late **Joseph Yacoub SAFRA**, born on 1 September 1938 in Beirut (Lebanon), son of Esther SAFRA and Yacoub SAFRA, of Brazilian nationality, married, died in Säo Paulo (Brazil) on 10 December 2020, last domicile in Crans-Montana, VS

# DECISION OF JUNE 11, 2021

## Administrator of the estate

*The Judge of the Municipality of Crans-Montana*

## DECIDES

1. **Vicky Albert SAFRA**, born SARFATY on 1st July 1952, widow of Joseph Yacoub SAFRA, is appointed as administrator of the estate in accordance with Articles 617 et seq. of the Brazilian Code of Civil Procedure.

2. Pursuant to Art. 617 of the Brazilian Code of Civil Procedure, the Administrator shall file, within five days of the notification of this letter, a written declaration by which she undertakes to exercise all due diligence and rigour required in the exercise of her mandate, as well as to discharge it in strict compliance with Brazilian law, under threat of the penalties provided for by law.

3. Within sixty days of taking the oath (*supra* 2), the administrator will file, in accordance with Art. 620 of the Brazilian Code of Civil Procedure, an inventory of the estate together with all supporting documents as well as a proposal for partition (Art. 653 of the Brazilian Code of Civil Procedure).

4. The costs shall be determined upon completion of this matter.

5. A written statement of the grounds of this decision will be provided to the parties, if any of them requests it within ten days from its service. If the statement of grounds is not requested, the parties are considered to have waived the opportunity to appeal (art. 239 para. 2 CPC).

6. This decision is served by registered mail of this day to:

    - Ms Vicky SAFRA, by Mr Jean-Blaise ECKERT, Lenz & Staehelin, route de Chêne 30, 1211 Geneva 6;
    - Mr Jacob SAFRA, quai des Moulins 5, 1204 Geneva;

- Ms Esther SAFRA DAYAN, Rua Eng° Edgard Egidio de Sousa 221, 13° Andar, CEP 01233-020, São Paulo, SP Brazil;
- Mr Alberto SAFRA, Rua Bahia 272, 9° Andar, Apto. 91, CEP 01244-000, Higienôpolis, São Paul, SP Brazil;
- M. David SAFRA, Rua Avaré 120, Consolaçäo, CEP 01243-030 São Paulo, SP Brazil.

Johan BELTRAMINI
*Judge of the Municipality of Crans-Montana*



Commune de
**CRANS-MONTANA**

Juge de Commune

Original in French

Succession de feu **Joseph Yacoub SAFRA**, né le 1er septembre 1938 à Beyrouth (Liban), fils d'Esther SAFRA et Yacoub SAFRA, de nationalité brésilienne, marié, décédé à São Paulo (Brésil) le 10 décembre 2020, de dernier domicile sur la commune de Crans-Montana VS

# DÉCISION DU 11 JUIN 2021

## Administrateur de la succession

*Le Juge de la Commune de Crans-Montana*

## DÉCIDE

1. **Vicky** Albert SAFRA, née SARFATY le 1er juillet 1952, veuve de Joseph Yacoub SAFRA, est désignée en qualité d'administratrice de la succession au sens des art. 617 ss du Code de procédure civile brésilien.

2. En application de l'art. 617 du Code de procédure civile brésilien, l'administratrice déposera, dans un délai de cinq jour à compter de la notification de la présente, une déclaration écrite par laquelle elle s'engage à faire preuve de toute la diligence et la rigueur requises dans l'exercice de son mandat ainsi qu'à s'en acquitter dans le strict respect du droit brésilien, sous menace des peines prévues par la loi.

3. Dans les soixante jours suivant la prestation de serment (*supra* 2), l'administratrice déposera, conformément à l'art. 620 du Code de procédure civile brésilien, un inventaire du patrimoine successoral accompagné de toutes les pièces justificatives ainsi qu'une proposition de partage (art. 653 du Code de procédure civile brésilien).

4. Les frais sont renvoyés en fin de cause.

5. Une motivation écrite de la présente décision sera remise aux parties, si l'une d'elles le demande dans un délai de dix jours à compter de sa notification. Si la motivation n'est pas demandée, les parties sont considérées avoir renoncé au recours (art. 239 al. 2 CPC).

6. La présente est notifiée par courrier recommandé de ce jour à :
   - Mme Vicky SAFRA, par Me Jean-Blaise ECKERT, Etude Lenz & Staehelin, route de Chêne 30, 1211 Genève 6 ;
   - M. Jacob SAFRA, quai des Moulins 5, 1204 Genève ;
   - Mme Esther SAFRA DAYAN, Rua Eng° Edgard Egidio de Sousa 221, 13° Andar, CEP 01233-020, São Paulo, SP Brésil ;



Commune de
**CRANS-MONTANA**

Juge de Commune

- M. Alberto SAFRA, Rua Bahia 272, 9° Andar, Apto. 91, CEP 01244-000, Higienópolis, São Paul, SP Brésil ;
- M. David SAFRA, Rua Avaré 120, Consolação, CEP 01243-030 São Paulo, SP Brésil.

Johan BELTRAMINI
*Juge de la Commune de Crans-Montana*