# EXHIBIT 4

**Article 519 SCC**

Official text:

### Chapitre VI:
### De la nullité et de la réduction des dispositions du défunt

#### Art. 519

A. De l'action en nullité
I. Incapacité de disposer, caractère illicite ou immoral de la disposition

¹ Les dispositions pour cause de mort peuvent être annulées:
1. lorsqu'elles sont faites par une personne incapable de disposer au moment de l'acte;
2. lorsqu'elles ne sont pas l'expression d'une volonté libre;
3. lorsqu'elles sont illicites ou contraires aux mœurs, soit par elles-mêmes, soit par les conditions dont elles sont grevées.

² L'action peut être intentée par tout héritier ou légataire intéressé.

Translation into English:

### Section Six:
### Declaration of Invalidity and Abatement of Dispositions

#### Art. 519

A. Action for declaration of invalidity
I. On grounds of lack of testamentary capacity, lack of free will, unlawfulness or immorality

¹ Where contested, a testamentary disposition may be declared invalid:
1. if it was made by the testator at a time when he or she lacked testamentary capacity;
2. if it is the product of a lack of free will;
3. if its content or a condition attached to it is immoral or unlawful.

² An action of declaration of invalidity may be brought by any interested heir or legatee.