# EXHIBIT 5

**Article 467 SCC**

Official text:

### Titre quatorzième: Des dispositions pour cause de mort
### Chapitre I: De la capacité de disposer

#### Art. 467

A. Par testament  Toute personne capable de discernement et âgée de 18 ans révolus a la faculté de disposer de ses biens par testament, dans les limites et selon les formes établies par la loi.

Translation into English:

### Title Fourteen: Testamentary Dispositions
### Section One: Testamentary Capacity

#### Art. 467

A. Wills  Any person who has the capacity of judgement and is at least 18 years old has the right to draw up a will disposing of his or her property in accordance with the limits and forms prescribed by law.