# EXHIBIT 6

**Article 16 SCC**

Official text:

### Art. 16[7]

d. Discernement    Toute personne qui n'est pas privée de la faculté d'agir raisonnablement en raison de son jeune âge, de déficience mentale, de troubles psychiques, d'ivresse ou d'autres causes semblables est capable de discernement au sens de la présente loi.

Translation into English:

### Art. 16[11]

d. Capacity of judgement    A person is capable of judgement within the meaning of the law if he or she does not lack the capacity to act rationally by virtue of being under age or because of a mental disability, mental disorder, intoxication or similar circumstances.

## CERTIFICATE OF TRANSLATION

Geneva, Switzerland

I, Romain Giovanola, hereby certify that Exhibits 2 – 6 to the Wilson Declaration are, to the best of my knowledge and belief, a true and accurate translation from French into English.

Name: **Romain Giovanola**
Date: July 9, 2021

Seen exclusively for the legalization of the above signature of Mr. Romain Giovanola.

Geneva, the 9th of July 2021.