USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                         :

In re Application of Alberto Safra for an     :         1:21-mc-640-GHW
Order to Take Discovery for Use in Foreign  :
Proceedings Pursuant to 28 U.S.C. § 1782    :         ORDER
                                         :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court has received Alberto Safra's ("Petitioner") August 5, 2021 application for an order to take discovery for use in foreign proceedings pursuant to 28 U.S.C. § 1782 (the "Application"). Dkt. No. 1. The Court has reviewed the Application and supporting materials. The Court notes that Petitioner has not submitted proof of service on the docket. Accordingly, Petitioner is directed to serve the Application and this order on the intended respondents no later than August 13, 2021 and to retain proof of service. Any opposition to the Application must be served no later than August 27, 2021. Petitioner's reply, if any, is due no later than September 3, 2021. The Court will hold a hearing on the Application on September 13, 2021 at 4:00 p.m. Petitioner and the intended respondents are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's web page, for the dial-in number and access code and other relevant information. Petitioner and the intended respondents are specifically directed to comply with Rule 2(C) of those rules.

The Application and supporting materials have been filed with certain information redacted. Petitioner has not provided the Court with unredacted copies of these documents. Therefore, Petitioner has not shown that this information warrants redaction in light of the "general presumption of public access to judicial documents." *Collado v. City of New York*, 193 F. Supp. 3d 286, 288 (S.D.N.Y. 2016). If Petitioner wishes to maintain these redactions, Petitioner is directed to

submit an application for leave to file the Application and supporting materials in redacted form. Petitioner is also reminded of the requirement to file versions of the Application and supporting materials in unredacted form in compliance with the Court's Individual Rules of Practice in Civil Cases, Rule 4(A)(ii), and the Southern District of New York's ECF Rules & Instructions, section 6.

SO ORDERED.

Dated: August 6, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge