USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                     :
                                                     :
In re Application of Alberto Safra for an     :            1:21-mc-640-GHW
Order to Take Discovery for Use in Foreign : 
Proceedings Pursuant to 28 U.S.C. § 1782    :
                                                     :               ORDER
                                                     :
                                                     :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       The August 24, 2021 request for an extension of deadlines for briefing on Petitioner Alberto Safra's application for an order to take discovery for use in foreign proceedings pursuant to 28 U.S.C. § 1782 (the "Application"), Dkt. No. 10, is granted. Accordingly, the deadline for Respondents Memorial Sloan Kettering Cancer Center, Dr. Eli L. Diamond, Dr. Viviane Tabar, Mount Sinai Health System, Dr. Susan Bressman, and Dr. Valentine Fuster (together, the "Respondents") to oppose or otherwise respond to the Application is extended from August 27, 2021 to September 24, 2021, and the deadline for Petitioner to file his reply, if any, is extended from September 3, 2021 to October 8, 2021. In addition, the hearing on the Application currently scheduled for September 13, 2021 at 4:00 p.m. is adjourned to October 19, 2021 at 4:00 p.m.

       SO ORDERED.

Dated: August 24, 2021
New York, New York

                                                              GREGORY H. WOODS
                                                          United States District Judge