USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
:
In re Application of Alberto Safra for an :
Order to Take Discovery for Use in Foreign :
Proceedings Pursuant to 28 U.S.C. § 1782 :
:
:
------------------------------------------------------------- X

1:21-mc-640-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

In the Court's August 6, 2021 Order, Dkt. No. 8, the Court noted that Petitioner Alberto Safra's August 5, 2021 application for an order to take discovery for use in foreign proceedings pursuant to 28 U.S.C. § 1782 (the "Application"), Dkt. No. 1, was filed with certain information redacted. The Court instructed Petitioner to submit an application for leave to file the Application and supporting materials in redacted form, and reminded Petitioner of the requirement to file versions of the Application and supporting materials in unredacted form in compliance with the Court's Individual Rules of Practice in Civil Cases, Rule 4(A)(ii), and the Southern District of New York's ECF Rules & Instructions, section 6. While Petitioner has filed unredacted versions of these documents with the Court, it has yet to submit an application for leave to file the Application and supporting materials in redacted form. If Petitioner wishes to maintain these redactions, it must submit an application for leave to do so no later than August 31, 2021.

SO ORDERED.

Dated: August 24, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge