USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
:
In re Application of Alberto Safra for an         :
Order to Take Discovery for Use in Foreign  :     1:21-mc-640-GHW
Proceedings Pursuant to 28 U.S.C. § 1782     :
:                ORDER
:
:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court has received Petitioner Alberto Safra's August 25, 2021 letter regarding certain redacted information in Petitioner's August 5, 2021 application for an order to take discovery for use in foreign proceedings pursuant to 28 U.S.C. § 1782 (the "Application") and supporting materials. Dkt. No. 14. From the letter, the Court understands that prior to this case being transferred to the Court, Petitioner was granted leave to file his Application with certain information redacted. As such, the redactions in the Application and supporting material will be maintained. Petitioner's request to email to the Court's chambers email the unredacted Application, motion to seal the Application, and the prior order granting leave to file the Application in redacted form is granted.

SO ORDERED.

Dated: August 25, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge