# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF ALBERTO SAFRA FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | No. 21-MC-00640-GHW<br><br>Judge Gregory H. Woods |

## VICKY SAFRA'S NOTICE OF MOTION TO INTERVENE

Vicky Safra, as the executor and administrator of the Estate of Joseph Yacoub Safra (the "Estate"), by and through her counsel, will respectfully move this Court at the United States District Court for the Southern District of New York at 500 Pearl Street, New York, New York 10007, on a date and time to be set by the Court, for an Order pursuant to Federal Rule of Civil Procedure 24 allowing her to intervene, as of right or alternatively at the Court's discretion, in the above-referenced proceeding.

Dated:  August 31, 2021

Respectfully submitted,

*/s/ Steven L. Holley*
Steven L. Holley
Matthew J. Porpora
Michael P. Devlin
Karl L. Bock
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Tel:  (212) 558-4000
holleys@sullcrom.com
porporam@sullcrom.com
devlinm@sullcrom.com
bockk@sullcrom.com

*Attorneys for Vicky Safra*