USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                  :

In re Application of Alberto Safra for an   :       1:21-mc-640-GHW
Order to Take Discovery for Use in Foreign :
Proceedings Pursuant to 28 U.S.C. § 1782    :        ORDER
                                                  :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court has received Vicky Safra's August 31, 2021 motion to intervene in this proceeding. Dkt. No. 18. Petitioner is directed to file a response to this motion, if any, by September 8, 2021.

       SO ORDERED.

Dated: September 1, 2021
New York, New York

                                                           GREGORY H. WOODS
                                                  United States District Judge