USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF ALBERTO SAFRA FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | No. 21-MC-00640-GHW<br><br>**STIPULATION AND ORDER** |

**WHEREAS**, on August 5, 2021, petitioner Alberto Safra (the "Petitioner") filed an application for an order to take discovery for use in foreign proceedings pursuant to 28 U.S.C. § 1782 (the "Application");

**WHEREAS**, the Application seeks permission to serve subpoenas *duces tecum* and *ad testificandum* on Memorial Sloan Kettering Cancer Center, Dr. Eli L. Diamond and Dr. Viviane Tabar (collectively, the "MSKCC Respondents") as well as Mount Sinai Health System, Dr. Susan Bressman and Dr. Valentine Fuster (collectively, the "Mount Sinai Respondents" and together with the MSKCC Respondents, the "Respondents");

**WHEREAS**, by order dated August 6, 2021, the Court (i) directed Petitioner to serve the Application on Respondents on or before August 13, 2021, (ii) directed that any opposition to the Application must be served no later than August 27, 2021, (iii) directed Petitioner to file his reply, if any, on or before September 3, 2021, and (iv) set a hearing on the Application on September 13, 2021 at 4 p.m. (ECF No. 8);

**WHEREAS**, on August 24, 2021, Petitioner and Respondents jointly requested that the Court extend these deadlines (ECF No. 11);

**WHEREAS**, on August 24, 2021, the Court granted this request, ordering that (i) Respondents respond to the Application on or before September 24, 2021, (ii) Petitioner file his reply, if any, on or before October 8, 2021, and (iii) the hearing be adjourned to October 19,

-2-

2021 (ECF No. 12);

**WHEREAS**, on August 31, 2021, Ms. Safra, as the executor and administrator of the Estate of Joseph Yacoub Safra, moved to intervene in this action (ECF No. 18);

**WHEREAS**, on September 3, 2021, Petitioner consented to Ms. Safra's intervention in this action (ECF No. 22);

**WHEREAS**, the Court granted Ms. Safra's motion to intervene on September 6, 2021 (ECF No. 23);

**WHEREAS**, on September 24, 2021, Ms. Safra requested the Court extend the deadlines entered by the Court on August 24, 2021 (ECF No. 29);

**WHEREAS**, on September 24, 2021, the Court granted this request, ordering that (i) Respondents and Ms. Safra respond to the Application on or before October 25, 2021; (ii) Petitioner file his reply, if any, on or before November 8, 2021; and (iii) the hearing be adjourned to December 21, 2021 (ECF No. 30);

**WHEREAS**, on October 21, 2021, Ms. Safra and Petitioner requested the Court extend the deadlines entered by the Court on September 24, 2021 (ECF No. 32);

**WHEREAS**, on October 21, 2021, the Court granted this request, ordering that (i) Respondents and Ms. Safra respond to the Application on or before November 24, 2021; (ii) Petitioner file his reply, if any, on or before December 8, 2021; and (iii) the hearing on the Application remain scheduled for December 21, 2021 (ECF No. 33);

**WHEREAS**, the parties to this stipulation wish, subject to the Court's approval, to extend the briefing schedule on the Application as set forth below.

**IT IS HEREBY STIPULATED** by and between the parties that (i) Respondents and Ms. Safra shall respond to the Application on or before January 10, 2022; (ii) Petitioner will

file his reply, if any, on or before January 24, 2022; and (iii) the hearing on the Application will be adjourned to a date set by the Court.

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be executed in counterparts and that a facsimile or electronic signature shall have the same binding effect on all parties hereto as an original signature.

Dated:  November 22, 2021

| SULLIVAN & CROMWELL LLP | BARNES & THORNBURG LLP |
|---|---|
| /s/ Steven L. Holley<br>Steven L. Holley<br>125 Broad Street<br>New York, New York 10004-2498<br>Tel:  (212) 558-4000<br><br>*Attorney for Vicky Safra* | /s/ Joseph A. Matteo<br>Joseph A. Matteo<br>445 Park Avenue, Suite 700<br>New York, New York  10022<br>Tel:  (646) 746-2000<br><br>*Attorney for Respondents Memorial Sloan Kettering Cancer Center, Dr. Eli L. Diamond and Dr. Viviane Tabar* |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | THE OFFICE OF THE GENERAL COUNSEL<br>MOUNT SINAI HEALTH SYSTEM |
| /s/ Michael Carlinsky<br>Michael Carlinsky<br>51 Madison Avenue, Floor 22<br>New York, New York  10010<br>Tel:  (212) 849-7000<br><br>*Attorney for Petitioner Alberto Safra* | /s/ Erica D. Liu<br>Erica D. Liu<br>150 E. 42nd Street, Suite B-2.17<br>New York, New York  10017<br>Tel:  (212) 659-8105<br><br>*Attorney for Respondents Mount Sinai Health System, Dr. Susan Bressman and Dr. Valentine Fuster* |

The Court grants the parties' request for an extension of time to respond to the Application. By separate order to be entered today, this case has been referred to the assigned magistrate judge. Accordingly, the assigned magistrate judge will determine whether to hold the hearing on the Application and if so, when.

SO ORDERED.

Dated: November 22, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge